# United States District Court
# For The Western District of North Carolina
# Statesville Division

ROGER DALE BROOKS,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                           CASE NO. 5:08CV7-2-MU

(FNU) HAYNES, SUPT.,
WARREN CORRECTIONAL INSTITUTION,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 13, 2008, Order.

                                                  Signed: February 13, 2008

*(signature)*

Frank G. Johns, Clerk
United States District Court